State v. Banks

Each defendant was tried on indictment and convicted of the armed robbery of Herbert J. Sample, owner of a grocery store in Charlotte, North Carolina, which robbery took place on 29 May 1972. Parks was sentenced to imprisonment for 25 to 28 years; Wilson was sentenced to imprisonment for 20 to 30 years.

There were four persons in the grocery who witnessed some or all of the events at the time of the robbery. Two of the witnesses saw clearly defendant Parks and were able to identify him: two others saw clearly defendant Wilson and identified him.

*Attorney General Robert Morgan by Associate Attorney Charles R. Hassell, Jr. for the State.*

*John G. Plumides for defendant appellant Parks.*

*James H. Carson, Jr. for defendant appellant Wilson.*

CAMPBELL, Judge.

This case presents only the record proper for review.

Each defendant was tried on a valid bill of indictment. There is competent evidence both of the commission of the crime and the identity of the defendants as the perpetrators of the crime. The verdict of the jury is proper, and the sentences each are within that allowed by statute.

No error.

Judges BRITT and BALEY concur.

---

STATE OF NORTH CAROLINA v. GARY BANKS

No. 7329SC518

(Filed 25 July 1973)

APPEAL by defendant from *Thornburg, Judge,* 5 February 1973 Session of HENDERSON County Superior Court.

Defendant was charged in a valid warrant with escape from lawful custody of the Henderson County Prison Unit 6045,

and on 29 March 1972 he entered a plea of guilty in the District Court of Henderson County. He was sentenced to two months' imprisonment, suspended for two years on condition that, among others, he not escape or attempt to escape.

Defendant again escaped from Unit 6045, and upon motion by the Solicitor on 18 October 1972, his suspended sentence was put into effect by the district court judge.

On appeal to the superior court, the order of the district court was affirmed.

*Attorney General Robert Morgan by Associate Attorney Edwin M. Speas, Jr. for the State.*

*Howe & Waters by R. Charles Waters for defendant appellant.*

CAMPBELL, Judge.

We have reviewed the record in this case and find

No error.

Judges HEDRICK and BALEY concur.

---

MARY ELLEN MURPHY v. JAMES WILLIAM HARDISON

No. 738SC421

(Filed 25 July 1973)

APPEAL by plaintiff from *Copeland, Judge,* 6 November 1972 Civil Term of Superior Court held in LENOIR County.

This action is to recover damages for injuries sustained in an automobile accident. The jury found that plaintiff was injured by defendant, who is plaintiff's father, and that plaintiff was entitled to recover $1250.00 for her injuries.

*Turner and Harrison by Fred W. Harrison for plaintiff appellant.*

*Whitaker, Jeffress & Morris by A. H. Jeffress for defendant appellee.*